BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JASON GUTIERREZ,<br><br>                Defendant. | CASE NO. 1:14-CR-00092 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that a status conference scheduled for June 30, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to August 4, 2014. This is the first status conference. The reason for the request is because the defendant needs time to review and consider a plea offer the government extended on June 25, 2014. The parties need time to further discuss plea matters and any additional investigation the defendant might request in light of discovery and the plea offer in order to ascertain whether a resolution will be reached.

    The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

Stipulation                                    1

1  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
2  3161(h)(7)(A).

3  Dated: June 26, 2014                                 Respectfully submitted,

4                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
5

6                                               By     /s/ Kimberly A. Sanchez
7                                                      KIMBERLY A. SANCHEZ
                                                       Assistant U.S. Attorney
8
    Dated: June 26, 2014                               /s/ Ann McGlenon
9                                                      ANN McGLENON
                                                       Attorney for Defendant
10

11

12                              **ORDER**

13

14  IT IS SO ORDERED.

15      Dated:   **June 26, 2014**                     **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
16

Stipulation                            2