**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JASON GUTIERREZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JASON GUTIERREZ,<br><br>           Defendant. | Case No.: 1:14-CR-00092-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **March 30, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

**TO:   THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY KIMBERLY A. SANCHEZ:**

Defendant, Jason Gutierrez, by and through his attorney of record, and the United States by and through its representative, Kimberly Sanchez, hereby Stipulate to Continue the Sentencing hearing current scheduled for March 30, 2015.  This stipulation is based on the Declaration of Anthony P. Capozzi.

IT IS SO STIPULATED.

///

///

///

///

///

Respectfully submitted,

Date: March 26, 2015   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JASON GUTIERREZ

Date: March 26, 2015   By: */s/Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney for the Defendant, JASON GUTIERREZ, in the above-entitled action.

2. On December 23, 2015, this attorney was appointed to review the Defendant's Plea Agreement and Plea of Guilty.

3. On January 25, 2015, this attorney was appointed to represent the Defendant for his sentencing.

4. This attorney appeared on January 26, 2015, was substituted in as attorney of record. Assistant United States Attorney Kathleen Servatius appeared for the Government.

5. The Defendant is located in Kern County and it has been difficult obtaining information regarding his sentence.

6. The Defendant has sent information to this attorney regarding his sentence, but additional information is needed.

7. This attorney contacted Assistant United States Attorney Kathleen Servatius regarding a stipulation to continue this matter. However, it was discovered that Assistant United States Attorney Kimberly Sanchez is handling this case. She has no objection to a continuance to June 15, 2015.

8. This attorney is not prepared to proceed to sentencing on March 30, 2015, and requests a continuance to June 15, 2015. If this attorney is prepared prior to that date, a request

1    will be made to advance the sentencing date.

2         9.    Every attempt was made to make this request prior to the deadline of 12 noon today, however this attorney was not aware that Assistant United States Attorney Kimberly Sanchez represented the Government in this matter until this afternoon.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 26th day of March 2015, at Fresno, California.

Respectfully submitted,

By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Declarant

### **ORDER**

For reasons set forth above (that are marginal at best regarding detail), the continuance requested by the parties is granted.

**The** sentencing currently scheduled for March 30, 2015, at 8:30 a.m. is continued to **June 15, 2015, at 8:30 a.m.** and the Informal Objections be filed on May 26, 2015, and Formal Objections be filed on June 8, 2015.   No more continuances.

IT IS SO ORDERED.

Dated:   **March 27, 2015**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE