ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JASON GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.  1:14-CR-00092 |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| JASON GUTIERREZ | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

    It is HEREBY stipulated between the Assistant United States Attorney, Stephanie

Stokman and Defendant's Attorney, Anthony P. Capozzi that the Supervised Release Violation

Hearing be moved up to September 30, 2021, at 2:00 pm wherein the Defendant will admit to the

violation.

Date:  9/28/21          By:     /s/ Stephanie Stockman_____
                                   STEPHANIE STOKMAN, Assistant
                                   United States Attorney

Date:  9/28/21          By:     /s/ Anthony P. Capozzi_____
                                   ANTHONY P. CAPOZZI, Attorney for
                                   JASON GUTIERREZ

**ORDER**

It is ordered that the Supervised Release Hearing set for October 7, 2021, be vacated and reset for September 30, 2021, at 2:00 pm.


IT IS SO ORDERED.

Dated:   **September 28, 2021**

UNITED STATES MAGISTRATE JUDGE