IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00092-001 DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JASON GUTIERREZ, | |
| Defendant. | |

The above-named defendant having been sentenced on the violation petition on October 15, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __October 15, 2021__   _____
UNITED STATES DISTRICT JUDGE