JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
JASON GUTIERREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 1: 14 CR 092 JLT |
|---|---|
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD and ORDER |
| V. | |
| JASON GUTIERREZ, | |
| Defendant. | |

    On June 22, 2023, a a petition was filed, alleging that Mr GUTIERREZ had violated the conditions of his supervised release. On July 25, 2023, Magistrate Judge BOONE appointed attorney James R. Homola to represent Mr. GUTTIEREZ. On August 1, 2023, Mr. GUTTIERREZ admitted the violations, and on June 22, 2023, he was sentenced in proceedings before Judge Jennifer Thurston.

    Mr. GUTIERREZ is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. GUTIERREZ, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: October 24, 2023        Respectfully submitted,

                                    /s/ James R. Homola
                                    JAMES R. HOMOLA
                                    Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant GUTIERREZ at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Jason Gutierrez
USM #71493-097
JID 1071432  Bkng# 2232479
P.O. Box 872
Fresno, CA  93712
```

IT IS SO ORDERED.

Dated:   **October 25, 2023**                                    _Jennifer L. Thurston_
                                                                 UNITED STATES DISTRICT JUDGE